FILED
FEB 23 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY SHOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:15-cv-00262 Jury Demand |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 2/23/2015 |
| FBI HEADQUARTERS, *et al.*, ) | Description: Pro Se Gen. Civil (F Deck) |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is "charging the FBI aiding and abetting Phoenix Police Department for the kidnapping of [her] daughter [in] November 2014 first degree premeditated homicide kidnapping extortion RICO statute and police misconduct extortion." Compl. at 1. As drafted, the complaint does not comply with Rule 8(a), as it fails to include a statement regarding this Court's jurisdiction or a statement showing that plaintiff is entitled to the relief she demands. The complaint therefore will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/18/2015

/s/ Tanya Chutkan
United States District Judge